FILED

2008 APR -7 P 11: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FeePaid
S/(
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Philippe Z Zatta

           Plaintiff,

vs.

M2Medical Inc

           Defendant(s).

C08 01841

CASE NO. _____ RS

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:

    Address 2967 Michelson Drive # G225

    City, State & Zip Code Irvine, CA 92612

    Phone 949-500-5921

2. Defendant is located at:

    Address 1012 Stewart Drive

    City, State & Zip Code Sunnyvale, CA 94085

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. ✔ Termination of my employment.

Form-Intake 2 (Rev. 4/05)  - 1 -

   c. __ Failure to promote me.

   d. __ Other acts as specified below.

   _____

   _____

   _____

   _____

   _____

   _____

5. Defendant's conduct is discriminatory with respect to the following:

   a. ✔ My race or color.

   b. __ My religion.

   c. __ My sex.

   d. __ My national origin.

   e. __ Other as specified below.

   _____

6. The basic facts surrounding my claim of discrimination are:

   I was hired by Respondent on October 2, 2006 as an Engineer. Beginning or about January 17, 2007, I was repeatedly harassed by my co-worker Steve Miller, Caucasian, American. For example, Mr. Miller used racially offensive comments about my race and about persons of my geographic origin, Africa. On January 30, 2007 I reported the harassments to the Vice President of Engineering, Rajan Patel, but to no avail. On February 1, 2007 I submitted a complaint in writing to Mrs. Lorinda Forrest, Director of Human Resources. On February 7, 2007, I wrote a letter to Mr. Patel once again informing him of my allegations of discriminations. On February 9, 2007, Mr. Miller stated that he has asked Mrs. Forrest and Mr. Patel to get rid of the Negro of the Company. I reported racial discrimination to EEOC and CA DFHE. I was terminated on February 12, 2007.

7. The alleged discrimination occurred on or about 1/17/2007-2/12/2007 .
                                                    (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)           - 2 -

1  discriminatory conduct on or about  4/09/2007                        .
                                    (DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about  1/24/2008                        .
                                    (DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
    Yes ✔    No ____

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: 4/07/2008                    _____
                                    SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION IS NOT REQUIRED.)*

Philippe Z Zatta
_____
PLAINTIFF'S NAME
(Printed or Typed)

Form-Intake 2 (Rev. 4/05)          - 3 -

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 556-2007-00492 |

California Department Of Fair Employment & Housing
*State or local Agency, if any* and EEOC

**Name** (indicate Mr., Ms., Mrs.): Mr. Philippe Zatta
**Home Phone** (Incl. Area Code): (408) 735-7808
**Date of Birth**: 05-16-1969
**Street Address**: 751 San Jule Court, # 3, Sunnyvale, CA 94085

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: M2 MEDICAL, INC.
**No. Employees, Members**: 15 - 100
**Phone No.**: (408) 716-5600
**Street Address**: 1012 Stewart Drive, Sunnyvale, CA 94085

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-01-2007
Latest: 02-13-2007
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on October 2, 2006. My last position title was Systems Engineer. Beginning on or about January 17, 2007, I was repeatedly harassed by my co-worker, Steve Miller, Caucasian, American. For example, Mr. Miller regularly used racially offensive comments about my race and about persons from my geographic region of origin, Africa. On January 30, 2007, I reported the harassment to the Vice President of Engineering, Rajan Patel, East Indian, India, but to no avail. On February 1, 2007, I then reported discrimination to the Director of Human Resources, Lorinda Forrest, Caucasian, American, however, Ms. Forrest's defended Mr. Miller and accused me of being too sensitive. On February 1, 2007, I submitted a complaint in writing to Ms. Forrest, but again to no avail. On February 5, 2007, Mr. Miller informed me that Ms. Forrest and Mr. Patel had appointed him as my new Supervisor affective immediately. Later that same day I wrote a letter to Mr. Patel once again informing him of my allegations of discrimination. On February 7, 2007, Mr. Patel received my complaint and threatened to terminate my employment if I reported discrimination again.

On February 12, 2007, I was terminated by Respondent. Respondent stated reason for their action was because I had complained about Mr. Miller.

I believe I was retaliated against for engaging in protected activities. I also believe I was discriminated against because of my race, Black, and national origin, African, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/02/2007
*Date* / *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information a[nd belief].
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**RECEIVED**
APR - 4 2007
EEOC-SJLO

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Philippe Zatta, PhD
2967 Michelson Dr., # G 225
Irvine, CA 92612

From: San Jose Local Office
96 North Third Street
Suite 200
San Jose, CA 95112

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 556-2007-00492 | Juan C. Vaca, Investigator | (408) 291-4236 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_[signature]_  1-24-08
HeaJung Atkins,  (Date Mailed)
Local Office Director

Enclosures(s)

cc: Kristen G. Dumont, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
PHILIPPE Z ZATTA

## DEFENDANTS
M2MEDICAL INC

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PHILIPPE Z ZATTA
2967 MICHELSON DRIVE #225
IRVINE, CA 92612

Attorneys (If Known)

ADR   C08   01841   RS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment / ☐ 535 Death Penalty | IMMIGRATION | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of the Civil Right Act of 1964, as Amended
Brief description of cause:
Racial discrimination, harassment, retaliation and termination for complaint

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 200,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No   same

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [x] SAN JOSE

DATE  SIGNATURE OF ATTORNEY OF RECORD
Philippe Zatta   4/07/2008