# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

PHILIPPE Z ZATTA

V.

M2 MEDICAL INC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C08 01841 RS**

TO: (Name and address of defendant)

1012 STEWART DRIVE
SUNNYVALE, CA 94085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PHILIPPE Z ZATTA
2967 MICHELSON DRIVE # G225
IRVINE, CA 92612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 0 7 2008
DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK