| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>PHILLIPE Z. ZATTA<br>2967 Michelson Drive #G225<br>IRVINE, CA 92612<br>*Telephone No:* (415) 994-5449 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | **FILED**<br>2008 MAY -2 A 8: 31<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT DISTRICT | | |
| *Plaintiff:* ZATTA | | |
| *Defendant:* M2MEDICAL INC. | | |

| **PROOF OF SERVICE**<br>**UNITED STATES DISTRICT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the UNITED STATES DISTRICT COURT SUMMONS AND COMPLAINT IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDARD ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

3. a. Party served:            M2MEDICAL INC.
   b. Person served:           DIANNE BANH, HR-MANAGER

4. Address where the party was served:   1012 STEWARD DRIVE
                                          Sunnyvale, CA 94085

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 21, 2008 (2) at: 9:35AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: M2MEDICAL INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. HERB DUVERNAY
   b. SWIFT ATTORNEY SERVICE
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $58.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 380
      (iii) County: San Mateo
      (iv) Expiration Date: Sun, Dec. 14, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Apr. 21, 2008

                                    (HERB DUVERNAY)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
UNITED STATES DISTRICT

zzatta.21615