KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: kdumont@wsgr.com
Email: edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIPPE Z. ZATTA, | ) | CASE NO.: C08-01841 RS |
| Plaintiff, | ) | **DEFENDANT M2 MEDICAL,** |
| | ) | **INC.'S CERTIFICATION AS TO** |
| v. | ) | **INTERESTED PARTIES** |
| | ) | |
| M2 MEDICAL, INC., | ) | |
| Defendant. | ) | |
| | ) | |

///

///

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendant M2 Medical, Inc., certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interested in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

M2 Group Holdings, Inc.

M2 Medical, Inc.

Dated: May 12, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/S/_____
            Kristen Garcia Dumont
            kdumont@wsgr.com

Attorneys for Defendant
M2 Medical, Inc.