1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   ERIN M. DOYLE, State Bar No. 233113
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: kdumont@wsgr.com
   Email: edoyle@wsgr.com
6
   Attorneys for Defendant
7  M2 MEDICAL, INC.

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 PHILIPPE Z. ZATTA,                )   CASE NO.: C08-01841 RS
                                     )
12         Plaintiff,                )   **RULE 7.1 DISCLOSURE**
                                     )   **STATEMENT OF DEFENDANT M2**
13     v.                            )   **MEDICAL, INC.**
                                     )
14 M2 MEDICAL, INC.,                 )
                                     )
15         Defendant.                )
                                     )

27  ///

28  ///

1     Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Defendant M2 Medical, Inc. hereby discloses that it is a wholly-owned subsidiary of M2 Group Holdings, Inc. Defendant M2 Medical, Inc. is a privately held company, and there are no publicly held corporations that own 10% or more of its stock.

Dated: May 12, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/S/_____
        Kristen Garcia Dumont
        kdumont@wsgr.com

Attorneys for Defendant
M2 Medical, Inc.