1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   ERIN M. DOYLE, State Bar No. 233113
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: kdumont@wsgr.com
   Email: edoyle@wsgr.com
6
   Attorneys for Defendant
7  M2 MEDICAL, INC.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| PHILIPPE Z. ZATTA, | CASE NO.: C08-01841 RS |
|---|---|
| Plaintiff, | **DECLARATION OF ERIN M. DOYLE IN SUPPORT OF DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT** |
| v. | |
| M2 MEDICAL, INC., | Date: July 2, 2008 |
| Defendant. | Time: 9:30 a.m. |
| | Dept. Courtroom 4 |
| | Before: Hon. Richard Seeborg |

19     I, Erin M. Doyle, declare:

20     1.    I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, counsel

21  of record for Defendant M2 Medical, Inc. in this action. I have personal knowledge of the facts

22  set forth below and, if called as a witness, I could and would competently testify thereto.

23     2.    On May 1, 2008, I called Plaintiff Philippe Zatta to request a two week extension

24  of time to respond to Plaintiff's Complaint, as well as to meet and confer with him regarding the

25  claims set forth in the Complaint. Mr. Zatta steadfastly refused to grant any extension of time to

26  respond to Plaintiff's Complaint, for the stated reason that he "didn't want to do any favors for

27  [Defendant]." Moreover, Mr. Zatta made clear that he had no interest in meeting and conferring

28  about the claims set forth in his Complaint, or talking to me for any reason other than settlement.

1  Mr. Zatta asked that I not contact him again unless "absolutely necessary" or for the purpose of
2  initiating settlement discussions.  Mr. Zatta did not explain what he meant by "absolutely
3  necessary."

5  I declare under penalty of perjury that the foregoing is true and correct and that this
6  Declaration was executed on May 12, 2008 in San Francisco, California.

8                                                             /S/
                                                         Erin M. Doyle

DECLARATION OF ERIN M. DOYLE;                    -2-                              3356223_1.DOC
CASE NO.:  C08-01841 RS

1  **SIGNATURE ATTESTATION**

2      I, Kristen Garcia Dumont, hereby attest that I have on file all holograph signatures for

3  any signatures indicated by a "conformed" signature (/S/) within this efiled document.

4

5                                                       /S/

6                                       Kristen Garcia Dumont

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28