KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: kdumont@wsgr.com
Email: edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA,<br><br>  Plaintiff,<br><br>  v.<br><br>M2 MEDICAL, INC.,<br><br>  Defendant. | CASE NO.: C08-01841 RS<br><br>**CERTIFICATE OF SERVICE** |

I, Nancy Munroe, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served the following:

1. RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT M2 MEDICAL, INC.

2. DEFENDANT M2 MEDICAL, INC.'S CERTIFICATION AS TO INTERESTED PARTIES

3. DEFENDANT'S NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME [F.R.C.P. 12(e)]

4. DECLARATION OF ERIN M. DOYLE IN SUPPORT OF DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT

5. [PROPOSED] ORDER

on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

**VIA U.S. MAIL (NON-ECF FILER):**

Philippe Z. Zatta
2967 Michelson Drive, # G225
Irvine, California 92612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on May 12, 2008.

_Nancy Munroe_

CERTIFICATE OF SERVICE
CASE NO.: C08-01841 RS
-2-
3356487.1