**\*E-FILED 5/13/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA, | No. C 08-01841 RS |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| M2 MEDICAL, INC., | |
|     Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, defendant's motion for more definite statement, docket [7], noticed for hearing on July 2, 2008, shall be held on **July 9, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for this motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated:  5/13/08

                                                                          For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
       Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Kristen Garcia Dumont    kdumont@wsgr.com

**AND A COPY OF THIS NOTICE WAS MAILED TO:**

Philippe Z. Zatta
2967 Michelson Drive
#G225
Irvine, CA 92612

Dated: 5/13/08

   /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2