KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: kdumont@wsgr.com
Email: edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA,<br><br>Plaintiff,<br><br>v.<br><br>M2 MEDICAL, INC.,<br><br>Defendant. | CASE NO.: C08-01841 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S. Section 636(c), Defendant M2 Medical, Inc. hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 4, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/S/_____
Kristen Garcia Dumont
kdumont@wsgr.com
Attorneys for Defendant
M2 MEDICAL, INC.