1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   ERIN M. DOYLE, State Bar No. 233113
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: kdumont@wsgr.com
   Email: edoyle@wsgr.com
6
   Attorneys for Defendant
7  M2 MEDICAL, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 PHILIPPE Z. ZATTA,                )   CASE NO.: C08-01841 RS
                                      )
12         Plaintiff,                 )   **CERTIFICATE OF SERVICE**
                                      )
13     v.                             )
                                      )
14 M2 MEDICAL, INC.,                  )
                                      )
15         Defendant.                 )
                                      )
16 _____    )

17     I, Jamie Daniels, declare:

18     I am employed in Santa Clara County. I am over the age of 18 years and not a party to

19 the within action. My business address is Wilson Sonsini Goodrich & Rosati, 1 Market Street,

20 Spear Tower, Suite 3300, San Francisco, California 94105.

21     I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

22 processing of correspondence for mailing with the United States Postal Service. In the ordinary

23 course of business, correspondence would be deposited with the United States Postal Service on

24 this date.

25     On this date, I served the following:

26 **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

27 on each person listed below, by placing the document(s) described above in an envelope

28 addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing

---

CERTIFICATE OF SERVICE                -1-                                      3374489.1
CASE NO.: C08-01841 RS

1  with the United States Postal Service on this day, following ordinary business practices at
2  Wilson Sonsini Goodrich & Rosati.
3  **VIA U.S. MAIL (NON-ECF FILER):**
4     Philippe Z. Zatta
   2967 Michelson Drive, # G225
5     Irvine, California 92612
6     I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct. Executed at San Francisco, California on June 4, 2008.

                                          Jamie Daniels

CERTIFICATE OF SERVICE       -2-      3374489.1
CASE NO.: C08-01841 RS