**United States District Court**
For the Northern District of California

**\*E-FILED 6/6/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA, | No. C 08-01841 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| M2 MEDICAL, INC, | |
| Defendant. | |
| _____/ | |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for July 30, 2008 at 2:30 p.m. before the Honorable Judge Richard Seeborg has been vacated.

Dated: 6/6/08

                                                                 For the Court,
                                                                 RICHARD W. WEIKING, Clerk

                                                                 By:   /s/ Martha Parker Brown
                                                                             Courtroom Deputy Clerk

1 **THIS NOTICE WAS MAILED TO:**

2 Philippe Z. Zatta
2967 Michelson Drive #G225
3 Irvine, CA 92612

4 **THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

5 Kristen Garcia Dumont          kdumont@wsgr.com

6

7 Dated: 6/6/08

8

9                                    /s/ BAK
                                   Chambers of Magistrate Judge Richard Seeborg
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2