1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIPPE Z. ZATTA,

        Plaintiff,

     v.

M2 MEDICAL, INC.,

        Defendant.

*_E-FILED - 6/10/08_*

CASE NO.: C-08-01841-RMW

**CLERK'S NOTICE OF SETTING
CASE MANAGEMENT CONFERENCE**

     PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **September 19, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to file a Joint Case Management Statement by September 12, 2008.

     If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: <u>June 10, 2008</u>

                  BY: _____
                        JACKIE GARCIA
                   Courtroom Deputy for
                Honorable Ronald M. Whyte

1

2   Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28