KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: kdumont@wsgr.com
Email: edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA, <br><br> Plaintiff, <br><br> v. <br><br> M2 MEDICAL, INC., <br><br> Defendant. | CASE NO.: C08-01841 RMW <br><br> **RENOTICE OF HEARING ON DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT** <br><br> Date: August 8, 2008 <br> Time: 9:00 a.m. <br> Dept.: 6 <br><br> Before: The Hon. Ronald M. Whyte |

TO PLAINTIFF PHILIPPE ZATTA (IN PRO PER):

PLEASE TAKE NOTICE THAT, at the request of the Court, the motion of Defendant M2 Medical, Inc. for an order pursuant to Fed. R. Civ. P. 12(e) requiring Plaintiff to provide a more definite statement of his claims will be heard on August 8, 2008 at 9:00 a.m. in Courtroom 6 of the above-titled Court located at 280 South First Street, San Jose, California. Per the Clerk's Notice dated June 10, 2008, papers must still be filed in accordance with the originally noticed date of July 2, 2008 and the Local Rules of the Court.

Defendant's Motion is made on the following grounds:

Plaintiff's Complaint is not clearly separated by causes of action, rendering it indefinite and unintelligible such that Defendant cannot ascertain the nature of claims being asserted

1  against it or determine from the Complaint which allegations are intended to support which
2  claims.
3       This Motion is based upon this Notice, the supporting Memorandum of Points and
4  Authorities and Declaration of Erin M. Doyle that are already on file with the Court, other
5  pleadings and records on file with the Court herein, and on such further oral and documentary
6  evidence as may be presented at or before the hearing on this matter.
7
8  Dated: June 13, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
9
                                           By: _____/S/_____
10                                              Erin M. Doyle
                                                edoyle@wsgr.com
11                                         Attorneys for Defendant
                                           M2 MEDICAL, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RENOTICE OF HEARING ON                    -2-
DEFENDANT'S MOTION FOR MORE
DEFINITE STATEMENT
CASE NO.: C08-01841 RMW