KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: kdumont@wsgr.com
Email: edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA,<br><br>    Plaintiff,<br><br>    v.<br><br>M2 MEDICAL, INC.,<br><br>    Defendant. | CASE NO.: C08-01841 RMW<br><br>**DEFENDANT'S REPLY IN SUPPORT OF ITS UNOPPOSED MOTION FOR MORE DEFINITE STATEMENT**<br><br>Date:   August 8, 2008<br>Time:   9:00 a.m.<br>Dept.:  6<br><br>Before: The Hon. Ronald M. Whyte |

On May 12, 2008, Defendant M2 Medical, Inc. filed its Motion for More Definite Statement, originally noticed for hearing on July 2, 2008. Plaintiff Philippe Zatta has not submitted any opposition to Defendant's Motion. Based on Plaintiff's failure to timely oppose Defendant's Motion, Defendant respectfully requests that the Court grant its Motion. Defendant further requests that the Court set forth in the Order granting the Motion that Plaintiff prepare a complaint separated by causes of action and sufficiently clear to establish which allegations support each claim for relief. Fed. Rule Civ. P. 12(e); Fed. Rule Civ. P. 8(a); Fed. Rule Civ. P. 10(b); Walden v. Moffett, No. CV-F-04-6680, 2006 WL 947738 (E.D. Cal., Apr. 12, 2006)

1  (granting defendant's motion for more definite statement because of plaintiff's non-opposition).

2  Dated: June 13, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/S/_____
Erin M. Doyle
edoyle@wsgr.com
Attorneys for Defendant
M2 MEDICAL, INC.