| | |
|---|---|
| 1 | KRISTEN GARCIA DUMONT, State Bar No. 191554 |
|   | ERIN M. DOYLE, State Bar No. 233113 |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 3 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 5 | Email: kdumont@wsgr.com |
|   | Email: edoyle@wsgr.com |

Attorneys for Defendant
M2 MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PHILIPPE Z. ZATTA, | ) CASE NO.: C08-01841 RS |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| M2 MEDICAL, INC., | ) |
| Defendant. | ) |

I, Jamie Daniels, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 1 Market Street, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

1. **RENOTICE OF HEARING ON DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT; AND**

2. **GENERAL ORDER NO. 45 – ELECTRONIC CASE FILING.**

3. **DEFENDANT'S REPLY IN SUPPORT OF ITS UNOPPOSED MOTION FOR MORE DEFINITE STATEMENT.**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Philippe Z. Zatta
2967 Michelson Drive, #G225
Irvine, CA  92612

-1-
CERTIFICATE OF SERVICE

3383286_1.DOC

1  ☐  By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

2

3

4  ☐  By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

5

6  ☐  By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

7

8  ☐  By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

9

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on June 13, 2008.

*/s/ Jamie Daniels*

Jamie Daniels

-2-

CERTIFICATE OF SERVICE

3383286_1.DOC