KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: kdumont@wsgr.com
Email: edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.

ISRAEL G. RAMIREZ, State Bar No. 176366
RAMIREZ & ASSOCIATES
653 N. San Pedro Street, #C
San Jose, CA 95110
Telephone: (408) 947-7244
Email: israelgramirez@sbcglobal.net

Attorneys for Plaintiff
Philippe Z. Zatta

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA,<br><br>    Plaintiff,<br><br>v.<br><br>M2 MEDICAL, INC.,<br><br>    Defendant. | CASE NO.: C08-01841 RMW<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** |

JOINT STIPULATON EXTENDING TIME
FOR DEFENDANT TO MOVE, ANSWER, OR
OTHERWISE RESPOND
CASE NO.: C08-01841 RMW

3428371_1.DOC

1   WHEREAS, Plaintiff Philippe Zatta ("Plaintiff") filed his Complaint against Defendant M2 Medical, Inc. ("Defendant") on April 7, 2008;

3   WHEREAS, pursuant to this Court's August 5, 2008 Order denying Defendant's Motion for More Definite Statement, the deadline for Defendant to file an answer or otherwise respond to the Complaint in this action is currently set for August 19, 2008;

6   WHEREAS, Israel Ramirez, Esq. now represents Plaintiff, has the authority to act on Plaintiff's behalf as counsel in this matter, and will imminently file a substitution of counsel;

8   WHEREAS, Plaintiff will be filing an amended complaint pursuant Rule 15 of the Federal Rules of Civil Procedure;

10   WHEREAS, Plaintiff has agreed to file an amended complaint by August 29, 2008;

11   WHEREAS, the parties agree that the deadline for Defendant to file an answer or to otherwise respond to the original Complaint, in the event that Plaintiff does not file an amended complaint, should be extended to September 5, 2008.

14   NOW THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate as follows:

16   The deadline for Defendant M2 Medical, Inc. to answer or to otherwise respond to Plaintiff's original Complaint shall be extended to September 5, 2008.

Dated: August 15, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/S/_____
Erin M. Doyle
edoyle@wsgr.com
Attorneys for Defendant
M2 MEDICAL, INC.

Dated: August 15, 2008

RAMIREZ & ASSOCIATES

By: _____/S/_____
Israel Gaxiola Ramirez
israelgramirez@sbcglobal.net
Attorneys for Plaintiff
PHILIPPE Z. ZATTA

**CERTIFICATION**

I, Erin M. Doyle, am the ECF User whose identification and password are being used to file Joint Stipulation Extending Time for Defendant to Move, Answer, or Otherwise Respond to Complaint. In compliance with General Order 45.X.B, I hereby attest that Israel G. Ramirez has concurred in this filing.

Dated: August 15, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/_____
    Erin M. Doyle
    edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.