1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   ERIN M. DOYLE, State Bar No. 233113
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: kdumont@wsgr.com
   Email: edoyle@wsgr.com
6
   Attorneys for Defendant
7  M2 MEDICAL, INC.

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  PHILIPPE Z. ZATTA,                )   CASE NO.: C08-01841 RMW
                                      )
    Plaintiff,                        )   **CERTIFICATE OF SERVICE**
12                                    )
         v.                           )
13                                    )
    M2 MEDICAL, INC.,                 )
14                                    )
    Defendant.                        )
15                                    )
                                      )
16  _____)

17      I, Jamie Daniels, declare:

18      I am employed in San Francisco County, State of California. I am over the age of 18

19  years and not a party to the within action. My business address is Wilson Sonsini Goodrich &

20  Rosati, 1 Market Street, Spear Tower, Suite 3300, San Francisco, California 94105.

21      On this date, I served:

22  **JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO MOVE,
    ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
23
    ☐   By placing the document(s) in a sealed envelope for collection and mailing with
24      the United States Postal Service on this date to the following person(s):

25  ☒   By consigning the document(s) to an express mail service for guaranteed next day
        delivery to the following person(s):
26
    Israel G. Ramirez
27  Ramirez & Associates
    653 N. San Pedro Street, Suite C
28  San Jose, CA 95110

    Attorneys for Plaintiff Philippe Z. Zatta

                                     -1-                                3383286_1.DOC
    _____
                        CERTIFICATE OF SERVICE

1  ☐  By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

2

3  ☐  By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

4

5  ☐  By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

6

7  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on August 15, 2008.

_____
Jamie Daniels

-2-

3383286_1.DOC

CERTIFICATE OF SERVICE