1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   ERIN M. DOYLE, State Bar No. 233113
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  One Market Street
   Spear Tower, Suite 3300
4  San Francisco, CA 94105-1126
   Telephone:  (415) 947-2000
5  Facsimile:   (415) 947-2099
   Email:  kdumont@wsgr.com
6  Email:  edoyle@wsgr.com

7  Attorneys for Defendant
   M2 MEDICAL, INC.
8

9  ISRAEL G. RAMIREZ, State Bar No. 176366
   RAMIREZ & ASSOCIATES
10 653 N. San Pedro Street, #C
   San Jose, CA  95110
11 Telephone:  (408) 947-7244
   Email: israelgramirez@sbcglobal.net
12
   Attorneys for Plaintiff
13 Philippe Z. Zatta

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17
   PHILIPPE Z. ZATTA,                )   CASE NO.:  C08-01841 RMW
18                                    )
           Plaintiff,                 )   **JOINT STIPULATION AND**
19                                    )   **[PROPOSED] ORDER TO**
        v.                            )   **CONTINUE CASE MANAGEMENT**
20                                    )   **CONFERENCE**
   M2 MEDICAL, INC.,                  )
21                                    )
           Defendant.                 )
22                                    )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25  _____   )

26

27

28

JOINT STIPULATON AND [PROPOSED]
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO.: C08-01841 RMW

1   Plaintiff Philippe Zatta ("Plaintiff") and Defendant M2 Medical, Inc. ("Defendant")
2   (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into the following
3   stipulation:

4   WHEREAS, pursuant to the Court's June 10, 2008 Notice of Setting Case Management
5   Conference ("CMC Notice") and Rule 26 of the Federal Rules of Civil Procedure, there is a Case
6   Management Conference scheduled for September 19, 2008 at 10:30 a.m., and the Parties' Joint
7   Case Management Statement is due by September 12, 2008;

8   WHEREAS, Israel Ramirez, Esq. recently substituted in as counsel for Plaintiff, who was
9   initially proceeding pro se;

10  WHEREAS, on August 15, 2008, the Parties stipulated that Plaintiff will file an amended
11  complaint by August 29, 2008;

12  WHEREAS, to allow sufficient time for Plaintiff's new counsel familiarize himself with
13  the case, and to allow the Parties sufficient time to file their initial pleadings in this matter prior
14  to conducting a Rule 26(f) Conference, filing a Joint Case Management Statement, and
15  completing Initial Disclosures, the Parties desire to continue the case management deadlines and
16  hearing set forth in the Court's CMC Notice for approximately 30 days;

27  *///*
28  *///*

JOINT STIPULATON AND [PROPOSED]           -2-
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO.:  C08-01841 RMW

NOW, THEREFORE, the Parties hereby stipulate that the Case Management Conference currently set for September 19, 2008 shall be continued until October 24, 2008 or sometime thereafter, on a date convenient for the Court.

NOW, THEREFORE, the Parties hereby further stipulate that the related deadlines for conducting a Rule 26(f) Conference, filing a Joint Case Management Statement, and completing Initial Disclosures shall also be continued pursuant to the new Case Management Conference date and applicable Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated:  August 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/S/_____
    Erin M. Doyle
    edoyle@wsgr.com
Attorneys for Defendant
M2 MEDICAL, INC.

Dated:  August 28, 2008

RAMIREZ & ASSOCIATES

By: _____/S/_____
    Israel Gaxiola Ramirez
    israelgramirez@sbcglobal.net
Attorneys for Plaintiff
PHILIPPE Z. ZATTA

**IT IS SO ORDERED.**

_____
The Honorable Ronald M. Whyte
United States District Judge

JOINT STIPULATON AND [PROPOSED]
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO.:  C08-01841 RMW

-3-