KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: kdumont@wsgr.com
Email: edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA, | CASE NO.: C08-01841 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M2 MEDICAL, INC., | |
| Defendant. | |

I, Jamie Daniels, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 1 Market Street, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

☐ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

-1-

3383286_1.DOC

CERTIFICATE OF SERVICE

1    ☐    By consigning the document(s) to a facsimile operator for transmittal on this date
2         to the following person(s):

3    ☒    By forwarding the document(s) by electronic transmission on this date, in
         compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:
4
5         Israel G. Ramirez
         Ramirez & Associates
6         653 N. San Pedro Street, Suite C
         San Jose, CA  95110

7         Attorneys for Plaintiff Philippe Z. Zatta

8        I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

9    processing of documents for delivery according to instructions indicated above.  In the ordinary

10   course of business, documents would be handled accordingly.

11       I declare under penalty of perjury under the laws of the State of California that the

12   foregoing is true and correct.  Executed at San Francisco, California on August 28, 2008.

13
14   _____
     Jamie Daniels
15
16
17
18
19
20
21
22
23
24
25
26
27
28