```
                          PROOF OF SERVICE
                          Case: ZATTA v. M2MEDICAL
                          Case No: C08-01841 RMW
```

I declare that:

I am employed in Santa Clara County; I am over the age of eighteen (18) years and not a party to the within-entitled action; my business address is RAMIREZ & ASSOCIATES, 653 N. SAN PEDRO STREET, SUITE C, San Jose, California 95110

On this date I served the within:

1. PLAINTIFF'S FIRST AMENDED COMPLAINT

on the PARTIES in said action by placing a true copy thereof enclosed in a sealed envelope, each envelope addressed as follows:

Kristen Garcia Dumont, Esq.
Erin M. Doyle, Esq.
WILSON SONSINI GOODRICH ROSATI

650 Page Mill Road
Palo Alto, CA 94304-1050

__X__ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in Northern California.

I declare under penalty of perjury that the foregoing is true and correct, and that this decaration was executed on August 29, 2008, in Northern California.

_____
Laura Mendoza