KRISTEN GARCIA DUMONT, State Bar No. 191554
ERIN M. DOYLE, State Bar No. 233113
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
Email:  kdumont@wsgr.com
Email:  edoyle@wsgr.com

Attorneys for Defendant
M2 MEDICAL, INC.


ISRAEL G. RAMIREZ, State Bar No. 176366
RAMIREZ & ASSOCIATES
653 N. San Pedro Street, #C
San Jose, CA  95110
Telephone:  (408) 947-7244
Email:  israelgramirez@sbcglobal.net

Attorneys for Plaintiff
Philippe Z. Zatta

*E-FILED - 9/8/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE Z. ZATTA,<br><br>          Plaintiff,<br><br>     v.<br><br>M2 MEDICAL, INC.,<br><br>          Defendant. | CASE NO.:  C08-01841 RMW<br><br>**JOINT STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

JOINT STIPULATON AND []
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO.: C08-01841 RMW

-2-

1  Plaintiff Philippe Zatta ("Plaintiff") and Defendant M2 Medical, Inc. ("Defendant")
2  (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into the following
3  stipulation:

4  WHEREAS, pursuant to the Court's June 10, 2008 Notice of Setting Case Management
5  Conference ("CMC Notice") and Rule 26 of the Federal Rules of Civil Procedure, there is a Case
6  Management Conference scheduled for September 19, 2008 at 10:30 a.m., and the Parties' Joint
7  Case Management Statement is due by September 12, 2008;

8  WHEREAS, Israel Ramirez, Esq. recently substituted in as counsel for Plaintiff, who was
9  initially proceeding pro se;

10  WHEREAS, on August 15, 2008, the Parties stipulated that Plaintiff will file an amended
11  complaint by August 29, 2008;

12  WHEREAS, to allow sufficient time for Plaintiff's new counsel familiarize himself with
13  the case, and to allow the Parties sufficient time to file their initial pleadings in this matter prior
14  to conducting a Rule 26(f) Conference, filing a Joint Case Management Statement, and
15  completing Initial Disclosures, the Parties desire to continue the case management deadlines and
16  hearing set forth in the Court's CMC Notice for approximately 30 days;

27  ///
28  ///

JOINT STIPULATON AND []
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO.: C08-01841 RMW

1  NOW, THEREFORE, the Parties hereby stipulate that the Case Management Conference currently set for September 19, 2008 shall be continued until October 31, 2008 or sometime thereafter, on a date convenient for the Court.

NOW, THEREFORE, the Parties hereby further stipulate that the related deadlines for conducting a Rule 26(f) Conference, filing a Joint Case Management Statement, and completing Initial Disclosures shall also be continued pursuant to the new Case Management Conference date and applicable Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated:  August 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  _____/S/_____
　　　Erin M. Doyle
　　　edoyle@wsgr.com
Attorneys for Defendant
M2 MEDICAL, INC.

Dated:  August 28, 2008

RAMIREZ & ASSOCIATES

By:  _____/S/_____
　　　Israel Gaxiola Ramirez
　　　israelgramirez@sbcglobal.net
Attorneys for Plaintiff
PHILIPPE Z. ZATTA

**IT IS SO ORDERED.**

_____(signature: Ronald M. Whyte)_____
The Honorable Ronald M. Whyte
United States District Judge

Dated: 9/8/08

JOINT STIPULATON AND []
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO.:  C08-01841 RMW

-3-